Filed October 11, 1895.

---

No. 1,493.

## NORTH BRITISH AND MERCANTILE INSURANCE COMPANY v. KOERNER ET AL.

From the Washington Circuit Court.

*S. N. Chambers, S. O. Pickens* and *C. W. Moores*, for appellant.

*R. J. Tracewell* and *Elliott& Hostetter*, for appellees.

Lotz, J.—The questions involved in this appeal are the same as those decided in the case *Manchester Fire Assurance Co.* v. *Koerner*, 13 Ind. App. 372, and upon the authority of that case this cause is affirmed.

Filed June 4, 1895; petition for rehearing overruled October 30, 1895.